<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1300**

———————

ANTHONY CURTIS,

Plaintiff - Appellant,

versus

MARYLAND NATIONAL CAPITAL PARK AND PLANNING
COMMISSION,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-97-4266-AW)

———————

Submitted: May 25, 1999                  Decided: May 28, 1999

———————

Before ERVIN, WILKINS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Anthony Curtis, Silver Spring, Maryland, Appellant Pro Se. William
Charles Dickerson, MARYLAND NATIONAL CAPITAL PARK AND PLANNING
COMMISSION, Riverdale, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony Curtis appeals the district court's order granting Defendant summary judgment in Curtis's racial discrimination action filed pursuant to Title VII of the Civil Rights Act of 1964. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Curtis v. Maryland Nat'l Capital Park</u>, No. CA-97-4266-AW (D. Md. Feb. 2, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The district court order was filed January 29, 1999.

2